# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

September 5, 2023

Honorable Valerie Figueredo  **Letter Motion:**
United States Magistrate Judge  **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Shakaer Jules Barksdale v. Comm'r of SSA  1:23-cv-04523-PAE-VF**

Dear Honorable Judge Figueredo:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Initial Brief is due on September 5.  Due to an influx of CAR filings, Plaintiff's counsel has encountered multiple conflicts on the briefing calendar. Plaintiff therefore writes to respectfully request a sixty (60) day extension of time to file his brief.  The parties have conferred and agreed to the following revised scheduling Order subject to the Court's approval.

- Plaintiff's brief shall be filed by November 6, 2023;
- Defendant's brief shall be filed by January 5, 2023; and
- Plaintiff's reply shall be filed by January 26, 2024.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Jonathan King, Esq.   (Via ECF)

---

**Application Granted**

*[Signature]*
Valerie Figueredo, U.S.M.J.
DATED: September 7, 2023

Plaintiff's motion for an extension of time is granted.  Plaintiff's brief shall be filed by 11/6/2023, Defendant's brief shall be filed by 1/5/2024, and Plaintiff's reply shall be filed by 1/26/2024. The Clerk of Court is directed to terminate the motion at ECF No. 12.

Attorneys for Defendant.