**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SHAKAER JULES BARKSDALE,

                Plaintiff,                    23 **CIVIL** 4523 (PAE)(VF)

       -v-                               **<u>JUDGMENT</u>**

MARTIN O'MALLEY,,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 22, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 22, 2023

                                                   **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                     **BY:**

                                                 **Deputy Clerk**